ANTONIO DEROSA, Appellant, v. BINGHAMTON TAXICAB CO., INC., Respondent.

All concur.

RUSSELL DANE, Respondent, v. ETHEL MURRAY, as Committee of the Person and Estate of ARNOLD DANE, an Incompetent Person, et al., Appellants.—

All concur.